**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**AHMIA G.,**

                                  **Plaintiff,**

    v.                                                   5:22-CV-01104 MAD/ML

**COMMISSIONER OF SOCIAL SECURITY,**

                                  **Defendant.**
_____

**MAE A. D'AGOSTINO,**
**United States District Judge**

## DECISION & ORDER

        Plaintiff Ahmia G. ("Plaintiff") brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security ("Defendant" or "Commissioner") denying her applications for Child's Insurance Benefits and Supplemental Security Income. (Dkt. No. 1.) This matter was referred to the Hon. Miroslav Lovric, United States Magistrate Judge, for a report and recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d). In a Report-Recommendation dated October 25, 2023 (Dkt. No. 20), Judge Lovric recommends that Plaintiff's motion for judgment on the pleadings (Dkt. No. 15) be granted; that Defendant's motion for judgment on the pleadings (Dkt. No. 18) be denied; and that that the decision of the Commissioner be reversed and the action be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report-Recommendation. No objections to the Report and Recommendation have been filed, and the time to do so has expired.

## CONCLUSION

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Therefore, the Court **ACCEPTS** and **ADOPTS** the Report-Recommendation (Dkt. No. 20) for the reasons stated therein. Accordingly, it is hereby

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is **GRANTED**; that Defendant's motion for judgment on the pleadings (Dkt. No. 18) is **DENIED**; and that the decision of the Commission is **REVERSED** and the action is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report-Recommendation (Dkt. No. 20).

**IT IS SO ORDRED**.

Dated: February 13, 2024

Mae A. D'Agostino
U.S. District Judge