# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**AHMIA SHANIQUE GRISWOLD,**
        **Plaintiff,**

vs.                                                            5:22-CV-1104
                                                                                         (MAD/ML)

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Lovric's Report-Recommendation and Order (Dkt. No. 120) is **ACCEPTED and ADOPTED** as set forth herein; and the Court further **ORDERS** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is **GRANTED**; that Defendant's motion for judgment on the pleadings (Dkt. No. 18) is **DENIED**; and that the decision of the Commission is **REVERSED** and the action is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report-Recommendation (Dkt. No. 20), all of the above pursuant to the Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 13th day of February, 2024.

DATED: February 13, 2024

                                                              _/s/ John Domurad_
                                                              Clerk of Court

                                                              s/Britney Norton
                                                              Britney Norton
                                                              Deputy Clerk